UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nicole Sapienza
*on behalf of herself and all others similarly situated*

    Plaintiff

    v.                      CIVIL ACTION 1:22-10968-RGS

Albertsons Companies, Inc., et al.

    Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order [Dkt. # 44] issued on December 2, 2022, granting defendants' motion to dismiss, it is ORDERED:

Judgment entered for the defendants.

December 2, 2022
Date

By the court,
/s/ Arnold Pacho
Deputy Clerk